670 A.2d 1058

ALICE KOZMA, ET AL. v. ZIMMER, INC., ET AL. AND SONYA CARSTEN AND DOMINICK A. SCIALABBA, M.D., ET AL.

December 11, 1995.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.